WILLIAM P. BARR
Attorney General
ROBERT S. BREWER, JR.
United States Attorney
MICHAEL G. WHEAT, CBN 118598
JOSEPH J. M. ORABONA, CBN 223317
JANAKI S. GANDHI, CBN 272246
COLIN M. MCDONALD, CBN 286561
Special Attorneys to the Attorney General
United States Attorney's Office
880 Front Street, Room 6293
San Diego, CA 92101
619-546-8437/6695/8817/9144
michael.wheat@usdoj.gov

Attorneys for the United States of America

## UNITED STATES DISTRICT COURT
### DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br>      v.<br><br>NIALL SILVA,<br><br>                      Defendant. | Case No. CR 16-00787-JMS-WRP<br><br>UNITED STATES' SENTENCING STATEMENT AND CERTIFICATE OF SERVICE |

### UNITED STATES' SENTENCING STATEMENT

#### I

#### INTRODUCTION

On December 16, 2016, pursuant to a written plea agreement, Defendant NIALL SILVA entered a plea of guilty to a one-count Information filed December 16, 2016, in the above-entitled case.

Pursuant to Criminal Local Rule 32.1(g) of the Local Rules of Practice for the United States District Court for the District of Hawaii, the United States herewith submits its Sentencing Statement in response to the Draft Presentence Report, prepared by the United States Probation Office on August 30, 2019.

II

DEFENDANT'S RESPONSE TO THE DRAFT PSR

The United States has no objections to the Draft Presentence Report filed on August 30, 2019.

Dated: March 5, 2020.                          WILLIAM P. BARR
                                                          Attorney General

                                                          ROBERT S. BREWER, JR.
                                                          United States Attorney

                                                          */s/ Michael G. Wheat*
                                                          MICHAEL G. WHEAT
                                                          JOSEPH J. M. ORABONA
                                                          JANAKI S. GANDHI
                                                          COLIN M. MCDONALD
                                                          Special Attorneys to the Attorney General

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>NIALL SILVA,<br><br>                    Defendant. | Case No. CR-16-00787-JMS-WRP<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED that:

I, Michael G. Wheat, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, CA 92101-8893.

I am not a party to the above-entitled action.  I have caused service of the foregoing on all parties in this case by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 5, 2020.

                                                                  /s/ Michael G Wheat
                                                                  MICHAEL G WHEAT

3